UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| GUADALUPE MAGENO,<br><br>Plaintiff,<br><br>vs.<br><br>CLASSIC COMPONENTS INC;<br>DOES 1-50 INCLUSIVE,<br><br>Defendants. | Case No. SACV09-732 DOC (PLAx)<br>(OCSC#30-2009-00122606)<br><br>[Proposed] **ORDER REMANDING CASE TO STATE COURT**<br><br>Assigned to the Honorable David O. Carter |

Having read and considered the parties' **STIPULATION TO REMAND CASE TO STATE COURT**, and good cause appearing, IT IS HEREBY ORDERED that:

(1)  This case is remanded to the Orange County Superior Court;

(2)  Defendant shall bear any Federal Court and State court costs associated with remanding this matter to State Court (such costs specifically do not include attorneys' fees).

August 13, 2009

*David O. Carter*
David O. Carter, U.S. District Judge

1

ORDER REMANDING CASE TO STATE COURT